UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

      v.                                                 3:03-cr-0210

LAWRENCE L. LASKO,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## **DECISION and ORDER**

      This matter was remanded to this Court for consideration of re-sentencing in light of <u>United States v. Booker</u>, 125 S. Ct. 738 (2005) and <u>United States v. Crosby</u>, 397 F.3d 103 (2d Cir. 2005).  Upon consideration of all relevant factors, including the government's submissions, Defendant's submissions, and the sentencing factors set forth at 18 U.S.C. § 3553(a), the Court finds that re-sentencing is not warranted, and that a sentence of 210 months' and 120 months' imprisonment on Counts One and Three respectively, to run concurrently, is and remains appropriate and reasonable.

IT IS SO ORDERED.

Dated: June 12, 2006

_____
Thomas J. McAvoy
Senior, U.S. District Judge