UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**AMENDED**
**ELECTRONIC NOTICE OF CRIMINAL APPEAL & CLERK'S CERTIFICATION**

Dear Clerk of the Court,

    Please take notice that on April 2, 2010 the court received a notice of appeal. This notice servce to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, LAWRENCE K. BAERMAN, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

    The following documents *are not* available electronically in the Binghamton Clerk's Office. Please notify our office if you need any of the following documents:
Docket No.(s):   28

**Documents 87-89 are not available electronically and have been sent to the Court of Appeals, by their request, on 2/3/10 - see document [156].**

    IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Binghamton, New York, this 23rd day of April, 2010.

Lawrence K. Baerman, Clerk
U.S. District Court

By:   s/ S. Potter
       Deputy Clerk

**Case Information**

| | |
|---|---|
| Case Name & Case No. | USA v. Lawrence L. Lasko    3:03-CR-210 |
| Docket No. of Appeal: | 161 |
| Document Appealed: | 158 |

Fee Status:   Paid ___     Due ___     Waived (IFP/CJA) X

Counsel:   CJA X     Retained ___     Pro Se ___

Time Status:   Timely X     Untimely ___